4/9/08

DEAR JUDGE CASTEL,

    I APOLOGIZE FOR THE DELAY IN RESPONSE TO ATTY. DAWKINS PAPERS PUT IN. ONE OF THE REASONS I REQUESTED AN EXTENTION. I HAVE BEEN DEALING WITH NUMEROUS HEALTH ISSUES AS WELL AS ISSUES INVOLVING MY 1983'S . HOWEVER I BELIEVE IT MAY BE A STRONG POSSIB-ILITY THAT ALL MY CASES WIL BE WAPPED UP. I AM WITH THIS LETTER SENDING YOU NOTICE THAT THE CASE O7CIV8059, THAT DISPOSITION I HOPE TO HAVE RESOLVED/DECIDED BY THE TIME ATTY. DAWKINS GETS BACK TO ME CONCERNING THE OTHER MATTERS AT HAND. SEEING HOW MY FINAN-CIAL SITUATION IS LESS THEN MINIMUM, I WOULD APPRECIATE IT IF YOU SENT HER A COPY OF THIS LETTER. WITH NO MONEY, THERE ARE NO STAMPS FOR MAIL. WITH THAT SAID I THANK YOU FOR ~~YOU UNDERSTANDING~~ & COMPREHENSION IN THIS MATTER.

**MEMO ENDORSED**

RESPECTFULLY SUBMITTED,

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/19/08

Jason T. Hofelich
JASON T. HOFELICH
01-A-5996
ELMIRA CORR. FACILITY
P.O. BOX 500
ELMIRA, N.Y. 14902

07 CIV 8059 (PKC)

The parties are directed to update the Court on the status of this matter, i.e. whether the case is withdrawn or settled. Update is due July 3, 2008. There is a pending motion to dismiss to which no opposition has been filed by plaintiff. If the plaintiff consents to a dismissal of this case, he should clearly state his intention. SO ORDERED.

[signature] USDJ
6-19-08

cc Magistrate Judge Eaton