UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON HOFELICH,

          Plaintiff,

-against-

SUPERINTENDENT R. ERCOLE, et al.,
          Defendants.
------------------------------------------------------------X

07 CIVIL 8059 (PKC)(DFE)

**JUDGMENT**

SCANNED

    Defendants having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), and the matter having come before the Honorable P. Kevin Castel, United States District Judge, and the Court, on July 17, 2008, having rendered its Memorandum and Order granting the motion to dismiss, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated July 17, 2008, the motion to dismiss is granted; accordingly, judgment is entered for the defendants.

**Dated:** New York, New York
        July 18, 2008

                                        J. MICHAEL McMAHON
                                          Clerk of Court
                  BY:
                                          Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____